UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20521-CIV-ALTONAGA

VICTOR MOREIRA MANTUANO,

       Petitioner,

v.

CHARLES PARRA, ASSISTANT FIELD
OFFICE DIRECTOR, KROME NORTH
PROCESSING CENTER, *et al.*,

       Respondents.

_____/

**ORDER**

**THIS CAUSE** came before the Court on Petitioner, Victor Moreira Mantuano's Unopposed Motion to Dismiss [ECF No. 19], filed on April 21, 2026.

Being fully advised, it is

**ORDERED AND ADJUDGDED** that Petitioner, Victor Moreira Mantuano's Unopposed Motion to Dismiss **[ECF No. 19]** is **GRANTED**.  The Petition **[ECF No. 1]** is **DISMISSED without prejudice**.  The Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** in Miami, Florida, this 21st day of April, 2026.

CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc:     counsel of record